# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| Cecilia Morris, | ) |
|---|---|
| Plaintiff, | ) Case No.: 1:19-cv-00286 |
| vs. | ) Judge Michael R. Barrett |
| Payless Shoesource, Inc., | ) |
| Defendant. | ) |

## ORDER

Review of the Complaint for Damages and Injunctive Relief in this civil action reveals that Defendant is a resident of Brookville, Montgomery County, Ohio. (*See* Doc. 1, Caption and ¶ 2).[1] Accordingly, to comply with S.D. Ohio Civ. R. 82.1, this Court *sua sponte* ORDERS that the Clerk transfer this civil action to the Southern District of Ohio, Western Division at Dayton and thereafter assign a new presiding district judge.

**IT IS SO ORDERED.**

_s/ Michael R. Barrett_____
Michael R. Barrett, Judge
United States District Court

---

[1] Plaintiff, too, is a resident of Montgomery County. (Doc. 1 at ¶ 1.)